JULIE M. MCCOY, Bar No. 129640
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICES OF JULIE M. MCCOY
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 11-07471 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Richard Reyes, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Richard Reyes, in the principal amount of $2,643.99 plus interest accrued to September 8, 2011, in the sum of $3,781.85; with interest accruing thereafter at 8% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,425.84**.

DATED: 11/15/2011                    By: Terry Nafisi
                                         Clerk of the Court

                                         A. Martinez
                                         Deputy Clerk
                                         United States District Court